UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| ANNETTE M. KING, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) Case No: 4:21-cv-4 |
| v. | ) |
| | ) Judge Christopher H. Steger |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security | ) |
| Administration, | ) |
| | ) |
| *Defendant*. | ) |

## JUDGMENT ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Plaintiff's Motion for Judgment on the Administrative Record [Doc. 26] is **DENIED**;

2. The Commissioner's Motion for Summary Judgment [Doc. 31] is **GRANTED**;

3. The Commissioner's decision is **AFFIRMED**.

4. Judgment is entered in favor of the Commissioner.

**IT IS SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE

ENTERED AS A JUDGMENT

/s/ *LeAnna Wilson*
CLERK OF COURT